UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| WILLIE WHITE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:17-CV-01377-B |
| ) | |
| CHARTER COMMUNICATIONS, LLC. ) | |
| ) | |
| Defendant. ) | |

**JOINT MOTION AND STIPULATION TO ARBITRATION
AND TO DISMISS LITIGATION WITHOUT PREJUDICE**

This Joint Motion and Stipulation to Arbitration and to Dismiss Litigation Without Prejudice is entered into by and between Plaintiff Willie White ("White") and Defendant Charter Communications, LLC ("Charter"), through their respective undersigned counsel, based upon the following facts:

1. White filed his Complaint (Dkt. No. 1) on May 23, 2017.

2. White served (Dkt. No. 9) his Complaint on Charter on June 7, 2017.

3. Charter filed its Answer and Affirmative Defenses (Dkt. No. 18) on July 14, 2017, after this Court granted (Dkt. No. 17) an amended motion for an extension of time.

4. Charter's Second Defense states that Plaintiff's claims are subject to the terms and conditions of Charter's service and subject to a valid and binding arbitration provision. *See* Answer and Affirmative Defenses (Dkt. No. 18), at 6.

5. After some preliminary discussions, Charter sent White's counsel an email on July 17, 2017 explaining the background of White's account with Charter and attaching documents including the arbitration provision.

6. That same day, July 7, 2017, White's counsel reviewed the arbitration provision and agree to stipulate to arbitration of this dispute.

7. The parties agree that White's counsel is not waiving any rights to argue the scope, applicability, enforceability, or validity of the arbitration agreement, but is merely agreeing and recognizing that any such dispute must be referred to the arbitrator.

8. If the arbitrator decides that all or part of White's claims are not arbitratable, the parties agree that White reserves the right to re-file those claims in federal court.

9. Rather than seeking a stay under the Federal Arbitration Act, 9 U.S.C. § 3, *see e.g., Stross v. ZipRealty, Inc.*, No. A-13-CA-419-SS, 2013 WL 12080194, at *7 (W.D. Tex. Sept. 11, 2013), the parties stipulate to the dismissal of this case without prejudice.

10. Pursuant to Local Rule 7.1(a), the parties' counsel hereby certify that they had several conferences to discuss the relief requested by this motion. Therefore, this motion certifies under Local Rule 7.1(b) that both parties join in requesting the relief sought by this motion. A proposed order is separately submitted as required by Local Rule 7.1(c).

ACCORDINGLY, IT IS HEREBY STIPULATED, by and between Plaintiff Willie White and Defendant Charter Communications, LLC that White shall arbitrate all claims against Charter pursuant to the terms of their written agreement, and this action is dismissed without prejudice.

DATED: July 21, 2017

_____
PRESIDING JUDGE

Respectfully submitted,                              Respectfully submitted,

By: /s/ Kimberly A. Lucas (by consent)               By: /s/ Lindsey C. Cummings
    Kimberly A. Lucas                                    Lindsey C. Cummings
    Kyle Mathis & Lucas LLP                               BELLINGER & SUBERG, LLP
    8226 Douglas Avenue, Suite 450                        10,000 N. Central Expressway, #900
    Dallas, TX 75225                                      Dallas, TX 75231
    (214) 706-7607                                        (214) 954-9540
    kim@mathislucas.com                                   lcummings@bellingersuberg.com

    Amy Lynn Bennecoff Ginsburg                           Attorneys for Defendant
    Kimmel & Silverman PC
    30 East Butler Pike
    Ambler, PA 19002
    215-540-8888
    aginsburg@creditlaw.com

    Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the foregoing was filed electronically with the Clerk of the Court to be served via operation of the Court's electronic filing system on this 21st day of July, 2017, to the following:

Kimberly A. Lucas
Kyle Mathis & Lucas LLP
8226 Douglas Avenue, Suite 450
Dallas, TX 75225

Amy L. B. Ginsburg
Kimmel & Silverman PC
30 East Butler Pike
Ambler, PA 19002

*Attorneys for Plaintiff*

                                                    /s/ Lindsey C. Cummings
                                                    Lindsey C. Cummings

JOINT MOTION AND STIPULATION TO ARBITRATION
AND TO DISMISS LITIGATION WITHOUT PREJUDICE    Page 4
\\bdnt-fs1\wpprolaw\4045.011\303754.docx