UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| WILLIE WHITE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:17-CV-01377-B |
| | ) |
| CHARTER COMMUNICATIONS, LLC. | ) |
| | ) |
| Defendant. | ) |

## ORDER GRANTING JOINT MOTION
## AND STIPULATION TO ARBITRATION AND
## TO DISMISS LITIGATION WITHOUT PREJUDICE

Based on the Joint Motion and Stipulation to Arbitration and to Dismiss Litigation Without Prejudice ("Stipulation") submitted by Plaintiff Willie White ("White") and Defendant Charter Communications, LLC ("Charter"), and good cause having been shown therefore, IT IS HEREBY ORDERED as follows:

1. The relief in the Stipulation is **GRANTED**.

2. White shall arbitrate all claims within this Action as against Charter, and this Action is **DISMISSED WITHOUT PREJUDICE.**

DATED: July 24, 2017

Honorable Jane J. Boyle
United States District Court Judge